91 F.3d 471w
 71 Fair Empl.Prac.Cas. (BNA) 1087,
71 Fair Empl.Prac.Cas. (BNA) 690,
69 Empl. Prac. Dec. P 44,345, 11 IER Cases 1689,
11 IER Cases 1888
 Beverly AZZARO, Appellant,
v.
COUNTY OF ALLEGHENY; Tom Foerster, an individual and
Chairman, Allegheny County Commissioners and Wayne Fusaro.
 No. 95-3253.
 United States Court of Appeals,
Third Circuit.
 Argued Dec. 7, 1995.
Decided July 31, 1996.
Order Vacating Opinion Upon Grant of Rehearing En Banc Aug.
30, 1996.*
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION